No. 00–7066. IN RE PIZZO. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 00–7109. ASHIEGBU v. WILLIAMS. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein. 

No. 00–6946. TRIPATI v. ARIZONA. Super. Ct. Ariz., Maricopa County. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00A420. CHILINGIRIAN v. UNITED STATES. Application for bail, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–2200. IN RE DISBARMENT OF FEIGENBAUM. Disbarment entered. [For earlier order herein, see *ante,* p. 805.]

No. D–2203. IN RE DISBARMENT OF LECK. Disbarment entered. [For earlier order herein, see *ante,* p. 954.]

No. D–2204. IN RE DISBARMENT OF MINTZ. Disbarment entered. [For earlier order herein, see *ante,* p. 954.]